# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————

No. 15-40041

———————————————

United States Court of Appeals
Fifth Circuit

**FILED**

June 26, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

GREGORIO GONZALEZ-LONGORIA,

Defendant – Appellant

———————————————————

Appeal from the United States District Court for the
Southern District of Texas

———————————————————

ON REMAND FROM THE UNITED STATES SUPREME COURT

(Opinion February 10, 2016, 5 Cir., 2016, 813 F.3d 225)
(Opinion on En Banc Rehearing August 5, 2016, 5 Cir., 2016, 831 F.3d 670)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN and ENGELHARDT, Circuit Judges.

BY THE COURT:

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.